```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ADA E. BOSQUE
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone (202) 514-0179
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KHOSROW ARFAEI AZAD, | ) | CV S-07-2130 WBS KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SCHEDULING; AND ~~PROPOSED~~ ORDER |
| | ) | |
| ROBERT MUELLER, III, Director, | ) | |
| Federal Bureau of | ) | |
| Investigations, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, that the initial scheduling conference scheduled for December 3, 2007, be continued until January 22, 2008, or a date otherwise convenient for the court, after defendants have filed their response to the complaint. Defendants' response to the complaint is presently due on January 4, 2008. As provided in this Court's October 10, 2007 order, the parties will file a joint status report fourteen (14) days before

the date of the continued status conference.

Dated: November 15, 2007          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Ada E. Bosque
                                  ADA E. BOSQUE
                                  Special Assistant U.S. Attorney


Dated: November 15, 2007          /s/ Dina M. Sokhn
                                  Dina Marie Sokhn
                                  Plaintiff's counsel


O R D E R

Pursuant to this parties' stipulation in *Azad v. Mueller*, 07-2130, IT IS HEREBY ORDERED that the scheduling conference is continued to **January 28, 2008 at 2:00 p.m.**, and IT IS FURTHER ORDERED that the parties file a joint status report fourteen (14) days before the status conference, or **January 14, 2008**.

DATED: November 19, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2