1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA**
8

9  KHOSROW ARFAEI AZAD,                ) No. 07-S-CV-2130 WBS KJM
                                       )
10         Plaintiff,                  ) JOINT STIPULATION AND ~~PROPOSED~~
                                       ) ORDER RE: SECOND EXTENSION OF
11     v.                              ) TIME TO RESPOND TO COMPLAINT
                                       )
12 Michael Chertoff, Secretary of Homeland )
   Security, et al.                    )
13                                     )
           Defendants.                 )
14 _____ )

15

16     This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and
17 Immigration Services' (CIS) failure to timely adjudicate his application to adjust status to that of
18 lawful permanent resident. On November 21, 2007, this Court granted the government an initial
19 extension of time to answer the complaint following the government's indication that a Notice of
20 Intent to Deny plaintiff's application had been issued, and more time would be required to
   attempt to administratively resolve the matter. As of the date of this filing, plaintiff is in the
21 process of responding to the Notice of Intent to Deny; once that response is received, Citizenship
22 and Immigration Services will conduct its review of the matter. It is expected that a final agency
23 decision will issue within the next 60 days.

24     The parties therefore stipulate that the time for filing the government's answer be extended to
25 March 3, 2008, and that the scheduling conference, currently set for January 28, 2008, be reset to
   sometime after the new answer due date.
26

27

28

-1-

Dated: January 2, 2008

      McGREGOR W. SCOTT
      United States Attorney

By:   /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By:   /s/ Dina Sokhn
      Dina M. Sokhn
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on March 3, 2008, and that the scheduling conference is reset to **April 7, 2008 at 2:00 p.m.**

IT IS SO ORDERED.

DATED: January 9, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE