DINA M. SOKHN (SBN 233516)
Attorney at Law
1550 The Alameda, Ste. 207
San Jose, CA 95126
Phone: (408)993-0747
Facsimile: (408)993-0748

Attorney for Plaintiff
KHOSROW ARFAEI AZAD

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOSROW ARFAEI AZAD<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT MUELLER III, Director, Federal Bureau of Investigation (FBI), MICHAEL CHERTOFF, Secretary, Department of Homeland Security (DHS), EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services (USCIS), GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS, MICHAEL BIGGS, Sacramento Field Office Director,  USCIS, et al. | No.: 07-S-CV-2130 WBS KJM<br><br><br><br>MOTION TO DISMISS COMPLAINT FOR WRIT OF MANDAMUS |

　　　Plaintiff, through his attorney of record, requests, subject to the approval of this court, that the above entitled action be dismissed without prejudice. The United States Citizenship and Immigration Service has denied the plaintiff lawful permanent resident status. Thus, the subject matter of this complaint is moot.

Respectfully submitted this 26th day of February, 2008.

By:   /s/ Dina M. Sokhn
      _____
      DINA M. SOKHN
      Attorney for Plaintiff

## ORDER

Pursuant to this Motion to Dismiss and for the reasons stated therein, IT IS HEREBY ORDERED that this Complaint for Writ of Mandamus be dismissed without prejudice.

IT IS SO ORDERED.

DATED:   February 28, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

07-S-CV-2130-WBS-KJM
Motion to Dismiss Complaint for Writ of Mandamus

2